Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR16-00066RAJ |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING UNOPPOSED MOTION TO WAIVE PRESENTENCE INTERVIEW AND REPORT |
| CURTIS WAYNE ROSS, | ) | |
| Defendant. | ) | |

Upon the defendant's unopposed motion to waive the Presentence Interview and subsequent report, the Court finds that such a waiver pursuant to Rule 32 of the Federal Rules of Criminal Procedure would serve the ends of justice and outweigh the best interests of the public and the defendant for purposes of sentencing.

IT IS HEREBY ORDERED that defendant's unopposed motion (Dkt. #20) is GRANTED and no Presentence Report will be required in this case. The sentencing date is reset for April 22, 2016 at 3:00 p.m.

DATED this 5th day of April, 2016.

The Honorable Richard A. Jones
United States District Judge

ORDER WAIVING PSI AND PSR - 1
*USA v. ROSS /* CR16-00066RAJ

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**